

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-17-00091-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Hector R. **RAMIREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT002640-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file motion for rehearing is hereby GRANTED. Time is extended to September 24, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court